In the Matter of the Estate of Rose G. Stern, Deceased. Chase National Bank of the City of New York, as Executor of Rose G. Stern, Deceased, Respondent; Oswald A. Schlegel, Appellant.

Submitted January 20, 1954; decided March 12, 1954.

*Borris M. Komar* for appellant.

*Arnold T. Koch* and *Richard G. Hewitt* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.